**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding          12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

1. **Debtor's name** _____

2. **Debtor's unique identifier**

   **For non-individual debtors:**

   ☐ Federal Employer Identification Number (EIN)  ___ ___ – ___ ___ ___ ___ ___ ___ ___

   ☐ Other _____. Describe identifier _____.

   **For individual debtors:**

   ☐ Social Security number:   xxx – xx– ____ ____ ____ ____

   ☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____

   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)** _____

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred** _____

5. **Nature of the foreign proceeding**

   *Check one:*
   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☐ Yes

Debtor _____
Name

Case number (*if known*)_____

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

_____

**Debtor's registered office:**

_____
Number       Street

_____
P.O. Box

_____
City         State/Province/Region   ZIP/Postal Code

_____
Country

**Individual debtor's habitual residence:**

_____
Number       Street

_____
P.O. Box

_____
City         State/Province/Region   ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

_____
Number       Street

_____
P.O. Box

_____
City         State/Province/Region   ZIP/Postal Code

_____
Country

**10. Debtor's website** (URL)   _____

**11. Type of debtor**

*Check one:*

❏ Non-individual (*check one*):

　❏ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

　❏ Partnership

　❏ Other. Specify: _____

❏ Individual

Debtor _____   Case number (*if known*)_____
       Name

**12. Why is venue proper in *this district*?**

Check one:

❑ Debtor's principal place of business or principal assets in the United States are in this district.

❑ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

❑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,
**Deloitte Restructuring Inc. in its capacity as Licensed Insolvency Trustee in the Bankruptcy of First General Services (Winnipeg) Ltd. and not in its personal capacity**

✗ _____   _____
    Signature of foreign representative                  Printed name

Executed on   _____
            MM / DD / YYYY

✗ _____   _____
    Signature of foreign representative                    Printed name

Executed on   _____
            MM / DD / YYYY

**14. Signature of attorney**

✗ _____   Date  _____
   Signature of Attorney for foreign representative          MM / DD / YYYY

_____
Printed name
_____
Firm name
_____
Number    Street
_____   _____
City                                        State      ZIP Code

_____   _____
Contact phone                                Email address

_____   _____
Bar number                                        State